## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAHAMMADO LAMINE GAKOU,** | : | **No. 3:25cv2267** |
| | : | |
| **Petitioner** | : | **(Judge Munley)** |
| | : | |
| **v.** | : | |
| | : | |
| **WARDEN OF PIKE COUNTY** | : | |
| **CORRECTIONAL FACILITY,** | : | |
| | : | |
| **Respondent** | : | |

## ORDER

**AND NOW**, to wit, this ___ day of April 2026, upon consideration of the petition for a writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The petition for a writ of habeas corpus (Doc. 1) is **GRANTED**.

2. Respondent shall provide petitioner Gakou with a bond hearing to be conducted by an Immigration Judge by **May 11, 2026**.

3. If respondent does not timely provide Gakou with a bond hearing before an Immigration Judge, Gakou will be ordered released without bond or conditions.

4. On or before May 18, 2026, respondent shall file, on the docket, an affidavit or declaration pursuant to 28 U.S.C. § 1746 confirming that Gakou has been provided with a bond hearing before an Immigration Judge.

5.    The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court